**Order filed August 27, 2022**



In The

# Fourteenth Court of Appeals

_____

NO. 14-20-00657-CV
_____

**ALBERT ORTIZ, Appellant**

**V.**

**NATIONAL CITY HOME LOAN SERVICES, INC. D/B/A FIRST FRANKLIN LOAN SERVICES; AND NATIONAL CITY BANK OF INDIANA, Appellee**

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-61178**

# O R D E R

The clerk's record was filed November 9, 2020. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain

1. Plaintiff's No-Evidence Motion for Partial Summary Judgment, with any accompanying exhibits, filed on or about November 26, 2014;

2. Order Granting Plaintiff's Motion For Partial Summary Judgment, filed on or about June 1, 2016;

3. Plaintiff's Motion For Leave To Amend Petition, with any accompanying exhibits, filed on or about August 5, 2016;

4. Defendants' Reply to Plaintiff's Response to Plaintiff's Motion to Disregard the Jury's Response to Question No. 5 and for Entry of Final Judgment, with any accompany exhibits, filed on or about April 22, 2020; and

5. Plaintiff's Sur-Reply as to Defendants' Motion to Disregard the Jury's Response to Question No. 5 and for Entry of Final Judgment, with any accompanying exhibits, filed on or about April 29, 2020.

The Harris County district Clerk is directed to file a supplemental clerk's record on or before **May 9, 2022**, containing the above documents.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Hassan.